**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

State of South Carolina, Petitioner,

v.

Thomas Osborne, Respondent.

Appellate Case No. 2012-208631

Appeal From Spartanburg County
Roger L. Couch, Plea Judge
J. Mark Hayes, II, PCR Judge

Unpublished Opinion No. 2015-UP-358
Submitted May 1, 2015 – Filed July 15, 2015

**AFFIRMED**

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General Suzanne Hollifield White, both of Columbia, for Petitioner.

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Caprood v. State*, 338 S.C. 103, 109, 525 S.E.2d 514, 517 (2000)

("This [c]ourt gives great deference to the PCR court's findings of fact and conclusions of law."); *id.* at 109-10, 525 S.E.2d at 517 ("The existence in the record of 'any evidence' of probative value is sufficient to uphold the PCR [court]'s ruling."); *Simuel v. State*, 390 S.C. 267, 270, 701 S.E.2d 738, 739 (2010) ("This [c]ourt gives great deference to a PCR [court]'s findings where matters of credibility are involved."); *Missouri v. Frye*, 132 S. Ct. 1399, 1409-10 (2012) (reasoning that in the context of a guilty plea, a finding of prejudice is not ultimately dependent upon whether the defendant would have proceeded to trial, but whether the result of the plea proceedings would have been different); *State v. Curry*, 410 S.C. 46, 54, 762 S.E.2d 721, 725 (Ct. App. 2014) ("Although a defendant's sentence is the same regardless of whether he is merely guilty or guilty but mentally ill, a defendant found guilty but mentally ill is entitled to immediate treatment and evaluation." (internal quotation marks omitted)).

**AFFIRMED.**[1]

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.